UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62279-DAMIAN/VALLE

ANDREA PENA OLMOS,

    Plaintiff,

vs.

MOSS & ASSOCIATES, LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE**

    Plaintiff, Andrea Peña Olmos, files the Return of Service on Defendant, Moss & Associates, LLC (served on November 17, 2025).

    Dated this 18th day of November 2025.

                                                  s/Brian H. Pollock, Esq.
                                                  Brian H. Pollock, Esq.
                                                  Fla. Bar No. 174742
                                                  brian@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Avenue
                                                  Suite 770
                                                  Coral Gables, FL 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff*