## RETURN OF SERVICE

**State of Florida**                                                           **County of Southern**

Case Number: 0:25-CV-62279-MD

Plaintiff:
**ANDREA PENA OLMOS**

vs.

Defendant:
**MOSS & ASSOCIATES, LLC**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 12th day of November, 2025 at 9:48 am to be served on **MOSS & ASSOCIATES, LLC c/o Bob L. Moss, its Registered Agent, 6363 N.W. 6th Way, Fort Lauderdale, FL 33309**.

I, Kenneth Wolf, do hereby affirm that on the **17th day of November, 2025** at **9:43 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Marianne Kritikos, Legal Assistant** as **Authorized Employee Of Registered Agent** for **MOSS & ASSOCIATES, LLC**, at the address of: **6363 N.W. 6th Way, Fort Lauderdale, FL 33309**, and informed said person of the contents therein, in compliance with Florida statute 48.062

**Marital Status:** Based upon inquiry at the time of service, they refused to state whether the party to be served is married.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'4", Weight: 135, Hair: Blonde, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_(signature)_
**Kenneth Wolf**
Special Process Server, No 188

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025001794