UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-CV-62279-DAMIAN/VALLE

ANDREA PENA OLMOS,

    Plaintiff,

v.

MOSS & ASSOCIATES, LLC,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Moss & Associates, LLC ("Moss") moves this Court for a two-week extension of time to respond to Plaintiff's Complaint. In support thereof, Moss states as follows:

1. On November 11, 2025, Plaintiff filed her Complaint. ECF. No. 1.

2. Moss was served with a copy of the Complaint on November 17, 2025. Therefore, Moss's current deadline to respond to the Complaint is December 8, 2025.

3. Due to the upcoming holiday season and previous commitments and deadlines, Moss needs additional time to thoroughly review the allegations of the Complaint and formulate a response.

4. Accordingly, Moss requests a brief two-week extension of time through and including December 22, 2025, to respond to Plaintiff's Complaint.

5. This motion is not brought to delay or burden any claims of any parties and is made in good faith. None of the parties or the Court will be prejudiced by the relief sought herein.

6. Counsel for Moss has conferred with counsel for Plaintiff, and Plaintiff does not oppose the extension.

WHEREFORE, Moss respectfully requests this Court grant the motion, enter an order extending Moss's deadline to respond to the Complaint to December 22, 2025, and grant any such further relief as is just and appropriate.

### RULE 7.1(3) CERTIFICATION

Undersigned counsel for Moss conferred in good faith with counsel for Plaintiff via email on December 3 and 4, 2025, regarding the relief sought in the instant Motion. Plaintiff is **unopposed** to the extension of time requested herein.

Dated: December 4, 2025

    Respectfully Submitted,

    /s/ Diana N. Evans
    Diana N. Evans (Fla. Bar No. 98945)
    Kaila B. Preston (Fla. Bar No. 1039120)
    **BRADLEY ARANT BOULT CUMMINGS LLP**
    1001 Water Street, Suite #1000
    Tampa, FL 33602
    T: (813) 559-5500 | F: (813) 229-5946
    Primary Email: dnevans@bradley.com
    Primary Email: kpreston@bradley.com
    Secondary Email: tabennett@bradley.com
    Secondary Email: mphilippe@badley.com

    *Counsel for Defendant Moss & Associates, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on December 4, 2025, using the Court's CM/ECF System which will send electronic notification to all counsel of record.

/s/ Diana N. Evans
Diana N. Evans
*Attorney for Defendant Moss & Associates, LLC*