UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CV-62279-DAMIAN

**ANDREA PENA OLMOS**,

    Plaintiff,

v.

**MOSS & ASSOCIATES, LLC,**

    Defendant.

_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. It is hereby ORDERED that by **December 30, 2025**, the parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1; as well as certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 9th day of December, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] The parties must not include Judge Damian and U.S. Magistrate Judge Valle as interested parties unless they have an interest in the litigation.