UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-CV-62279-DAMIAN/VALLE

ANDREA PENA OLMOS,

     Plaintiff,

v.

MOSS & ASSOCIATES, LLC,

     Defendant.

_____/

## **PROPOSED SCHEDULING REPORT**

The Court, having reviewed the Joint Scheduling Report, and being otherwise duly advised,

hereby enters the following Scheduling Order:

**ORDERED AND ADJUDGED** as follows:

A. <u>Track</u>: This case shall be assigned to the Standard Track pursuant to Local Rule

16.1(a)(2)(B), subject to the specific dates outlined below.

B. <u>Schedule and Deadlines</u>:

| Date | Event |
|------|-------|
| 1/30/2026 | Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1). |
| 2/27/2026 | Deadline to select a mediator. |
| 5/4/2026 | Deadline to add parties or to amend pleadings. |
| 8/14/2026 | Deadline to complete fact discovery |
| 5/15/2026 | Deadline to furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial. |
| 7/27/2026 | Deadline for parties to exchange expert witness lists, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2). |

| 8/24/2026 | Deadline for parties to exchange rebuttal expert witness summaries and reports. |
| 9/25/2026 | Deadline to complete expert discovery. |
| 11/2/2026 | Deadline to file summary judgment motions and other dispositive motions. |
| 11/9/2026 | Deadline to complete mediation. |
| 2/5/2027 | Deadline for pretrial motions and memoranda of law, including *Daubert* motions. |
| 3/24/2027 | Deadline for joint pretrial stipulation in accordance with Local Rule 16.1, proposed jury instructions and/or proposed findings of fact and conclusions of law. |
| [INSERT] | Pretrial Conference. |
| 3/12/2027 | Deadline to file deposition designations |
| 4/5/2027 | Trial term begins |

**DONE AND ORDERED** in the Southern District of Florida, this ___ day of _____, 2026.

_____

MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

*cc: Counsel of Record*