UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-CV-62279-DAMIAN/VALLE

ANDREA PENA OLMOS,

     Plaintiff,

     v.

MOSS & ASSOCIATES, LLC,

     Defendant.

_____/

## MOSS & ASSOCIATES, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order (ECF No. 7), Defendant Moss & Associates, LLC ("Moss") hereby makes the following corporate disclosures:

1.     Moss has no parent corporation.

2.     As an LLC, Moss has no stock. Accordingly, no publicly held corporation owns 10% or more of Moss's stock.

Additionally, pursuant to this Court's Order (ECF No. 7), Moss hereby certifies that the following list of persons, associated persons, firms, partnerships, or corporations have a financial interest in the outcome of this case:

1.     Andrea Pena Olmos, Plaintiff

2.     Moss & Associates, LLC, Defendant

3.     Scott R. Moss, Member of Moss & Associates, LLC

4.     Robert C. Moss, Member of Moss & Associates, LLC

5.     Bob Moss, Member of Moss & Associates, LLC

1

6.      Sandra Moss, Member of Moss & Associates, LLC

7.      Hunt Building Company, Ltd., Member of Moss & Associates, LLC

8.      Bob L. Moss Irrevocable Trust, Member of Moss & Associates, LLC

9.      Sandra S. Moss Irrevocable Trust, Member of Moss & Associates, LLC

10.     Katharine Moss Irrevocable Trust, Member of Moss & Associates LLC

11.     FairLaw Firm, Law Firm Representing Plaintiff

12.     Brian H. Pollock, Counsel for Plaintiff

13.     Bradley Arant Boult Cummings LLP, Law Firm Representing Defendant

14.     Diana N. Evans, Counsel for Defendant

15.     Kaila B. Preston, Counsel for Defendant

The undersigned acknowledges that throughout the pendency of the action, there is a continuing obligation to amend, correct, and update this certificate.

Dated: December 30, 2025

Respectfully Submitted,

*/s/ Diana N. Evans*
Diana N. Evans (Fla. Bar No. 98945)
Kaila B. Preston (Fla. Bar No. 1039120)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1001 Water Street, Suite #1000
Tampa, FL 33602
T: (813) 559-5500 | F: (813) 229-5946
Primary Email:  dnevans@bradley.com
Primary Email:  kpreston@bradley.com
Secondary Email:  tabennett@bradley.com
Secondary Email:  mphilippe@badley.com

*Counsel for Defendant Moss & Associates, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on December 30, 2025, using the Court's CM/ECF System which will send electronic notification to all counsel of record.

/s/ Diana N. Evans
Diana N. Evans
*Attorney for Defendant Moss & Associates,*
*LLC*