UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-CV-62279-DAMIAN/VALLE

ANDREA PENA OLMOS,

    Plaintiff,

v.

MOSS & ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Kaila B. Preston, Esq. of the law firm Bradley Arant Boult Cummings LLP, gives notice of her appearance as counsel for Defendant Moss & Associates, LLC, and requests that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondence, notices, and the like be served upon:

    Kaila Preston    kpreston@bradley.com (Primary)

    Monika Jean-Philippe mphilippe@bradley.com (Secondary)

Dated: January 9, 2025

    Respectfully Submitted,

    */s/ Kaila B. Preston*
    Kaila B. Preston, Esq. (FBN 1039120)
    **BRADLEY ARANT BOULT CUMMINGS LLP**
    Thousand & One
    1001 Water Street, Suite 1000
    Tampa, Florida 33602
    Tel: (813) 559-5548
    Primary Email:    kpreston@bradley.com
    Secondary Email:    mphilippe@bradley.com
    *Counsel for Defendant Moss & Associates, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on January 9, 2026, using the Court's CM/ECF System which will send electronic notification to all counsel of record.

/s/ Kaila B. Preston
Kaila B. Preston, Esq.
*Attorney for Defendant Moss & Associates, LLC*