UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62279-DAMIAN/VALLE

ANDREA PENA OLMOS,

    Plaintiff,

vs.

MOSS & ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION

    Plaintiff, Andrea Pena Olmos, notices the Court that the parties complied with the Court's Order entered on January 5, 202 [ECF No. 14] and agreed to utilize **Carlos Burruezo, Esq., as mediator** in this case (with mediation tentatively scheduled to occur by videoconference at 10:00 a.m. on April 23, 2026).

    Respectfully submitted this 26th day of January 2026.

    s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com