**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-62279-CIV-DAMIAN**

**ANDREA PENA OLMOS,**

  Plaintiff,

v.

**MOSS & ASSOCIATES, LLC,**

  Defendant.

_____/

## ORDER SCHEDULING MEDIATION

  The mediation conference in this matter shall be held with Carlos Burruezo via videoconference on **April 23, 2026, at 10:00 A.M.** The parties are reminded that a report of their mediation must be filed within three (3) days thereafter. The parties may not reschedule the mediation without leave of Court.

  **DONE AND ORDERED** in Chambers in the Southern District of Florida, this 2nd day of February, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record