## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ANDREA PENA OLMOS,**

           **CASE NO.: 0:25-CV-62279**

  **Plaintiff,**

**v.**

**MOSS & ASSOCIATES, LLC,**

  **Defendant.**

_____/

## MEDIATION REPORT

A mediation conference was held on April 23, 2026, and the results of that conference are indicated below:

 (a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

  _X__ All individual parties and their respective trial counsel.
  _X__ Designated corporate representatives.
  _____ Required claims professionals.

 (b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

  _____
  _____
  _____

 (c) The outcome of the mediation conference was:

  _____ The case has been completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

  _____ The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have

1

been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

_____

_____

_____

_____

_____ The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_X__ The parties have reached an impasse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will generate a notice of electronic filing to counsel of record.

/s/ *Carlos J. Burruezo, Esq.*
CARLOS J. BURRUEZO, ESQ.
DISPUTE SOLUTIONS, PLLC
Florida Bar Number 843458
carlos@burruezolaw.com
docketing@burruezolaw.com
5134 Marina Way, Unit 103
Tampa, Florida 33611
Telephone: 407.754.2904
Facsimile: 407.754.2905

2