UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62279-CIV-DAMIAN

ANDREA PENA OLMOS,

     Plaintiff,

v.

MOSS & ASSOCIATES, LLC,

     Defendants.

_____/

## ORDER GRANTING IN PART
## MOTION FOR EXTENSION OF PRETRIAL DEADLINES [ECF NO. 21]

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Extension of Pretrial Deadlines, filed May 12, 2026 [ECF No. 21] ("Motion").

THE COURT has considered the Motion, Defendant's Response [ECF No. 22], and the pertinent portions of the record and is otherwise fully advised. Finding good cause for the requested extension, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 21]** is **GRANTED IN PART.** The deadlines are extended as follows:

All discovery, including expert discovery, shall be completed by **June 19, 2026**.

The parties shall file all substantive pretrial motions, dispositive motions, and *Daubert* motions by **June 29, 2026**.

The parties are admonished to work together to timely complete depositions and written discovery. No further extensions of these deadlines will be granted absent compelling circumstances.

**DONE AND ORDERED** in the Southern District of Florida on May 26th, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record

2