# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62279-DAMIAN/VALLE

ANDREA PENA OLMOS,

       Plaintiff,

v.

MOSS & ASSOCIATES, LLC,

       Defendant.

_____/

## AFFIDAVIT OF DIANA N. EVANS IN SUPPORT OF JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

BEFORE ME, an authorized officer to take oaths this day personally appeared DIANA N. EVANS, who after being first duly sworn, deposes and says:

1. I am an adult over the age of eighteen (18) years, and I have personal knowledge of the matters set forth herein.

2. I am competent to testify to the matters set forth in this Affidavit, as my testimony is based upon my personal knowledge.

3. If called upon to testify in this lawsuit, my testimony would be consistent with the statements in this Affidavit.

4. I am employed as a partner with the law firm of Bradley Arant Boult Cummings LLP.

5. I represent Moss & Associates, LLC ("Moss") in the above-captioned matter.

6. I submit this Affidavit in accordance with Local Rule 7.6 in support of the parties' Joint Motion to Extend Case Deadlines.

7.      Moss and Plaintiff Andrea Pena Olmos (collectively the "Parties") have dutifully worked together in good faith to complete all discovery by the matter's current June 19, 2026 discovery deadline.

8.      However, in the course of conducting the final remaining depositions in this matter, additional responsive documents were identified and located by Moss personnel during the last week of the discovery period.

9.      Though Moss has produced this discovery, due to the contents and the timing of the production, additional time is needed to allow Plaintiff to conduct further depositions.

10.     Additionally, the deposition of Moss's corporate representative remains outstanding as there has been insufficient time remaining in the discovery period to allow the Parties to confer regarding topics and schedule the deposition due to counsels' schedules and the other ongoing depositions previously set in this matter.

11.     Therefore, the Parties seek an extension of the discovery period and remaining case management deadlines, including trial, by 40 days to resolve these unforeseen discovery issues.

12.     The request is not made for purposes of delay but rather to assist the Parties in working through this case in a professional manner, including completing discovery, with minimal court intervention.

**[Signature and notary jurat acknowledge appear on the following page.]**

**FURTHER AFFIANT SAYETH NAUGHT.**

Diana N. Evans

Dated: _6/17/2026_

STATE OF _FLORIDA_ )

COUNTY OF _HILLSBOROUGH_ )

Before me, a Notary Public in and for said County, in said State, personally appeared Diana N. Evans, who, being first duly sworn, makes oath that she has read the foregoing affidavit and knows the contents thereof, and that the facts alleged therein are true and correct.

Subscribed and sworn to before me on this the 7th day of _June_ , 2026, by said Affiant.

Notary Public
My Commission Expires: _____

Notary Public State of Florida
Vicki A.W. Melone
My Commission HH 314852
Expires 9/21/2026

3