UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62279-CIV-DAMIAN

**ANDREA PENA OLMOS**,

      Plaintiff,

v.

**MOSS & ASSOCIATES, LLC,**

      Defendants.

_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME OF PRETRIAL DEADLINES  [ECF NO. 24] AND AMENDED ORDER SETTING JURY TRIAL AND PRE-TRIAL SCHEDULE

**THIS CAUSE** is before the Court on the Joint Motion for Extension of Time of Pretrial Deadlines, filed June 18, 2026 [ECF No. 24 ("Motion")].

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised. Finding good cause for the requested extensions and noting the Motion is unopposed, it is hereby **ORDERED** that the Motion **[ECF No. 24]** is **GRANTED**. Accordingly,

THIS ORDER shall replace the Scheduling Order **[ECF No. 14]** previously issued. Any deadlines that have already passed or expired shall remain as such, and any deadlines previously in place that are not addressed in this Order or otherwise by the undersigned remain in full force and effect.

THIS MATTER is set for a Jury Trial during the Court's two-week trial calendar beginning on **January 25, 2027, at 9:00 A.M.** Counsel for all parties shall also appear at a calendar call at **1:30 p.m. on Wednesday, January 20, 2027,** to be held in Courtroom 205C

at the U.S. Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301[1]. The

following deadlines shall apply:

**July 29, 2026.** All discovery, including expert discovery, shall be completed.

**August 14, 2026.** The parties shall complete mediation and file a mediation report.

**August 28, 2026.** The parties shall file all substantive pre-trial motions and *Daubert* motions.

**November 6, 2026.** The parties shall file any motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.

**December 18, 2026.** The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

Unless modified herein, all provisions of the Court's previous scheduling Order remain

in full force and effect, and any deadlines not modified herein remain in full force and effect,

including those deadlines that have already passed.

**DONE AND ORDERED** in the Southern District of Florida on the 23rd day of June,

2026.

 

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] If the Parties prefer, they may file a joint motion requesting that the trial and all other proceedings be held in Miami, Florida. Absent agreement of all parties, the proceedings will remain in Fort Lauderdale.