UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62279-DAMIAN/VALLE

ANDREA PENA OLMOS,

     Plaintiff,

vs.

MOSS & ASSOCIATES, LLC,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Andrea Pena Olmos, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

Dated this 14th day of July 2026.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm