UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-62279-CIV-DAMIAN

**ANDREA PENA OLMOS**,

      Plaintiff,

v.

**MOSS & ASSOCIATES, LLC,**

      Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement, filed July 14, 2026 [ECF No. 28], indicating that the parties have reached a settlement of the claims in this case. Accordingly, it is

**ORDERED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of the date of this Order.

2. The parties are reminded that if they seek to have this Court retain jurisdiction to enforce a settlement agreement, they shall either (1) file a joint motion requesting that this Court retain jurisdiction to enforce the settlement agreement *before* they file their joint stipulation of dismissal or (2) file a joint stipulation of dismissal with language explicitly conditioning the stipulation on this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("We therefore find that for a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), either (1) the district court must issue the order retaining jurisdiction under *Kokkonen* prior

to the filing of the stipulation, or (2) the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining jurisdiction."). The parties shall describe why an order retaining jurisdiction is necessary.

3.      If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

4.      The Clerk shall **CLOSE** this case for administrative purposes only.

5.      Failure to timely file the joint stipulation of dismissal or seek an extension of time within which to do so will result in dismissal of this case without prejudice and without further notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 17th day of July, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**