UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62279-DAMIAN/VALLE

ANDREA PENA OLMOS,

Plaintiff,

v.

MOSS & ASSOCIATES, LLC,

Defendant.

_________________________________/

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7.1, Plaintiff Andrea Pena Olmos ("Plaintiff") and Defendant Moss & Associates, LLC ("Moss") (collectively the "Parties") submit this Joint Motion for Extension of Time to File Stipulation of Dismissal. In support thereof, the Parties state as follows:

1. On July 14, 2026, Plaintiff filed a Notice of Settlement. [ECF No. 28].

2. On July 17, 2026, the Court entered the Order Administratively Closing Case [ECF No. 29) and providing the Parties 30 days—until August 17, 2026—to file a stipulation of dismissal.

3. The Parties worked diligently together to finalize and execute a settlement agreement and are the process of confirming that the settlement agreement requirements have or will be satisfied. The Parties would like to file a stipulation for dismissal once the settlement agreement requirements are confirmed as having been completed.

4. Consequently, the Parties require an additional 14 days from today to confirm that the settlement agreement requirements have been fulfilled and to file a stipulation of dismissal herein.

5. Accordingly, the Parties respectfully request this Court extend the deadline to file a stipulation of dismissal by 14 days to August 31, 2026.

6. This motion is not meant to delay, but rather to assist the Parties in finalizing the terms of the settlement agreement.

**MEMORANDUM OF LAW**

Pursuant to Federal Rule of Civil Procedure 6(b), this Court may, for good cause, extend a deadline. "A timely motion to extend [under Rule 6(b)] . . . should be liberally granted absent a showing of bad faith or undue prejudice." *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (cleaned up). "[D]istrict courts [have] broad discretion over the management of pre-trial activities, including discovery and scheduling." *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001).

Here, the extension is not sought to delay, but to assist the Parties, who worked together diligently to draft the settlement agreement, in finalizing resolution of settlement, which will result in a final disposition of this case.

**CONCLUSION**

For the reasons stated herein, the Parties respectfully request that the Court enter an order granting their joint request to extend the deadline to file a stipulation of dismissal by 14 days to August 31, 2026.

Dated: August 17, 2026

Respectfully Submitted,

*/s/ Diana N. Evans*
Diana N. Evans (Fla. Bar No. 98945)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1001 Water Street, Suite #1000
Tampa, FL 33602
T: (813) 559-5500 | F: (813) 229-5946
Primary Email: dnevans@bradley.com
Secondary Email: tabennett@bradley.com

*Counsel for Defendant Moss & Associates, LLC*

*/s/* Brian H. Pollock
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 17, 2026, I served the foregoing, via CM/ECF, to all counsel of record.

/s/ Diana N. Evans
Diana N. Evans
*Attorney for Defendant Moss & Associates, LLC*