UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-CV-62279-DAMIAN/VALLE

ANDREA PENA OLMOS,

Plaintiff,

vs.

MOSS & ASSOCIATES, LLC,

Defendant.
______________________________/

**JOINT STIPULATION FOR RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Andrea Pena Olmos, and Defendant, Moss & Associates, LLC, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted on this 31st day of August 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
Counsel for Plaintiff

s/Diana N. Evans, Esq.
Diana N. Evans, Esq.
Fla. Bar No.: 98945
dnevans@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1001 Water St Suite #1000, Tampa, FL 33602
(813) 559-5500
Counsel for Defendant